UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-7901-CBM (KK) | Date: | November 3, 2017 |
| Title: | *Kenneth Wayne Mills v. California Department of Corrections* | | |

Present: The Honorable KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Petitioner: | Attorney(s) Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:** **(In Chambers) Order to Show Cause Why Petition Should Not Be Consolidated**

Petitioner Kenneth Wayne Mills ("Petitioner") has filed two separate pro se Petitions for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254. In both Petitions, Petitioner is challenging the same conviction for mayhem and assault in Los Angeles County Superior Court based on "illegal imprisonment" and denial of counsel. The first, filed on April 25, 2017 in the Eastern District of California, received case number CV 17-6748-CBM (KK) when it was transferred to this Court. The second, filed on October 23, 2017, received case number CV 17-7901-CBM (KK).

Because Petitioner is challenging the same conviction in both petitions, the Court finds consolidation of the actions to be appropriate. Thus, Petitioner is directed to file a response to this Order no later than **November 17, 2017**. Petitioner shall state whether he consents to the consolidation of his two petitions. If Petitioner so consents, the low-number case which was filed first, Case Number CV 17-6748-CBM (KK), shall be the operative case.

**The Court warns Petitioner failure to timely file a response to this Order will result in the Court consolidating both petitions into the low-number case or dismissing this action without prejudice for failure to prosecute and comply with court orders. See Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**